**Order entered August 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00536-CV

**IN RE PIONEER NATURAL RESOURCES USA, INC., RELATOR**

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05255**

**ORDER**

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus, in part. We **ORDER** the trial court to vacate the portion of its April 29, 2020 Order compelling relator to produce documents responsive to Request for Production numbers 1, 21, 22, and 23 and to respond to Interrogatory numbers 1 and 8. We further **ORDER** the trial court to file with this Court, **within fifteen (15) days** of the date of this order, a certified copy of its order issued in compliance with this order. Should the trial judgment fail to comply with the order, the writ will issue.

We lift the stay issued by this Court on May 14, 2020.

/s/    DAVID J. SCHENCK
        JUSTICE